No. 905. BUZYNSKI *v.* LUCKENBACH S. S. Co., INC., ET AL. See *post,* p. 867.

No. 791. KEMP *v.* SEATTLE. Jurisdictional statement submitted May 20, 1929. Decided May 27, 1929. *Per Curiam:* The appeal and writ of error are dismissed on the authority of § 237 (a) of the Judicial Code as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the appeal and writ of error as an application for certiorari the same is denied. *Mr. G. Ward Kemp, pro se. Messrs. Thomas J. L. Kennedy* and *J. Ambler Newton* for respondent.

No. —, original. NEW JERSEY *v.* DELAWARE. Motion submitted May 27, 1929. Decided June 3, 1929. *Per Curiam:* The motion for leave to file a bill of complaint in this case is granted, and process is ordered to issue returnable on Monday, July 1 next. *Mr. Duane E. Minard* for complainant. No appearance for defendant.

No. —, original. EX PARTE HOBBS, COMMISSIONER OF INSURANCE, ET AL. Motion submitted May 27, 1929. Decided June 3, 1929. *Per Curiam:* The motion for leave to file petition for a writ of mandamus is granted, and a rule is ordered to issue returnable on Monday, July 1 next. *Mr. John G. Egan* for petitioners.